| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Francisco J. Aldana, 216388<br>Law Offices of Francisco Javier Aldana<br>3033 5th Avenue, Suite 201<br>San Diego, CA 92103<br>ATTORNEY FOR (Name): Plaintiff | 619-236-8355 | |
| | Ref. No. or File No.<br>Catlin v. USA | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Scott Catlin

DEFENDANT:
The United States of America

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-cv-0322-JLS-MDD |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Verified Complaint, Summons

2. Party Served: The United States of America

3. Person Served: United States Attorney Adam L. Braverman - Person Authorized to Accept Service of F

   a. Left with: Sandra Huston - Person In Charge Of Office

4. Date & Time of Delivery: 02/16/2018   12:02PM

5. Address, City and State: 880 Front Street, Room 6293
   San Diego, CA 92101

6. Manner of Service: By leaving the copies with or in the presence of Sandra Huston, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 93.25

Registered California process server.
County: San Diego
Registration No.: 1797
Expiration: Xavier Garcia-Noguera
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/21/2018 at Los Angeles, California.

Signature: _Xavier Garcia-Noguera_

Xavier Garcia-Noguera
OL#: 11740870

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Francisco J. Aldana, 216388<br>Law Offices of Francisco Javier Aldana<br>3033 5th Avenue<br>San Diego, CA 92103<br>ATTORNEY FOR (Name): Plaintiff | 619-236-8355<br><br>Ref. No. or File No.<br>Catlin v. USA | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Scott Catlin

DEFENDANT:
The United States of America

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-cv-0322-JLS-MDD |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 02/21/2018, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Verified Complaint, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

The United States of America

United States Attorney Adam L. Braverman

880 Front Street, Room 6293

San Diego, CA 92101

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 93.25

Lisbeth Marin
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/21/2018 at Los Angeles, California.

*Lisbeth Marin*

Lisbeth Marin

OL#:   11740870