ADAM L. BRAVERMAN
United States Attorney
ERNEST CORDERO, JR.
Assistant United States Attorney
State of California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CATLIN, as guardian ad litem for C.R., an individual, SCOTT CATLIN, an individual, and DOES 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and, ROES 1-50, inclusive,<br><br>Defendants. | Case No.: 18cv0322-JLS (MDD)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>DATE: June 14, 2018<br>TIME:  1:30 p.m.<br>CTRM: 4D (4th Floor – Schwartz)<br><br>JUDGE:  Hon. Janis L. Sammartino |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 14, 2018 at 1:30 p.m., or as soon thereafter as counsel and the parties may be heard, in Courtroom 4D (Schwartz) of the Honorable Janis L. Sammartino, Defendant United States of America, through its attorneys of record, Adam L. Braverman, United States Attorney, and Ernest Cordero, Jr., Assistant United

States Attorney, will, and now does, bring its Motion to Dismiss Complaint pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the files and records of this case.

DATED: April 17, 2018                                  Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

*s/ Ernest Cordero, Jr.*
ERNEST CORDERO, JR.
Assistant United States Attorney

Attorneys for Defendant
United States of America