UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CATLIN, as guardian ad litem for C.R., an individual, SCOTT CATLIN, an individual, and DOES 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and ROES 1-50, inclusive,<br><br>Defendant. | Case No.: 18-CV-322 JLS (MDD)<br><br>**ORDER: (1) GRANTING MOTION TO STRIKE; (2) VACATING HEARING; AND (3) SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 7) |

Presently before the Court is Defendant The United States of America's Motion to Strike, (ECF No. 7). Defendant filed a Rule 12(b) Motion on April 17, 2018, (ECF No. 4). Plaintiffs then filed an amended Complaint on May 31, 2018, (ECF No. 5). Defendant moves to strike the amended Complaint as Plaintiffs have violated Federal Rule of Civil Procedure 15(a). (ECF No. 7.)

Rule 12(f) provides that a court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "The function of a 12(f) motion to strike is to avoid the expenditure of time and money that must arise from litigating spurious issues by dispensing with those issues prior to trial . . . ." *Whittlestone, Inc. v. Handi–Craft Co.*, 618 F.3d 970, 973 (9th Cir. 2010) (quoting *Fantasy,*

*Inc. v. Fogerty*, 984 F.2d 1524, 1527 (9th Cir. 1993), *rev'd on other grounds*, 510 U.S. 517 (1994)).

"Motions to strike are 'generally disfavored because they are often used as delaying tactics and because of the limited importance of pleadings in federal practice.'" *Cortina v. Goya Foods, Inc.*, 94 F. Supp. 3d 1174, 1182 (S.D. Cal. 2015) (quoting *Rosales v. Citibank*, 133 F. Supp. 2d 1177, 1180 (N.D. Cal. 2001)). "[M]otions to strike should not be granted unless it is clear that the matter to be stricken could have no possible bearing on the subject matter of the litigation." *Colaprico v. Sun Microsystems, Inc.*, 758 F. Supp. 1335, 1339 (N.D. Cal. 1991). "When ruling on a motion to strike, this Court 'must view the pleading under attack in the light most favorable to the pleader.'" *Id.* (citing *RDF Media Ltd. v. Fox Broad. Co.*, 372 F. Supp. 2d 556, 561 (C.D. Cal. 2005)).

Federal Rule of Civil Procedure 15(a)(1) allows a party to amend its complaint once as a matter of course without permission of the Court. A party can amend within twenty-one days of serving the pleading. Fed. R. Civ. P. 15(a)(1)(A). And, Rule 15(a)(1)(B) permits a party to "amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b), (e), or (f)." A plaintiff must follow the earlier of the two possible dates. Here, Plaintiffs served their initial Complaint on February 16, 2018, (ECF No. 3), Defendant filed its Rule 12(b) Motion on April 17, 2018, and Plaintiffs filed their amended Complaint on May 31, 2018. Thus, Plaintiff's amended Complaint was filed forty-four days after Defendant's Motion and 104 days after they served the initial Complaint. Thus, Plaintiffs were required to seek permission of the Court or written consent from Defendant. *See* Fed. R. Civ. P. 15(a)(2). They did not do so.

While motions to strike are generally disfavored, the Court finds this is an appropriate instance to exercise such a remedy. Plaintiffs failed to comply with the Federal Rules of Civil Procedure and their amended Complaint was improperly filed. Accordingly the Court **GRANTS** Defendant's Motion, (ECF No. 7), and **STRIKES** Plaintiff's amended Complaint, (ECF No. 5).

Therefore, Defendant's Motion to Dismiss is not moot and remains pending before

the Court.  On its own motion, the Court **VACATES** the hearing currently scheduled for June 14, 2018 and **SETS** the following briefing schedule.  Plaintiffs **SHALL** file an Opposition to the Motion on or before <u>June 21, 2018</u>.  Defendant **MAY** file a Reply in Support of its Motion on or before <u>June 28, 2018</u>.  The Court will only reschedule the hearing if needed; otherwise, it will take the parties' filings under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  June 8, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge